JANUARY 21, 1976

No. 75–850.   FLEMING ET AL. *v.* UNITED STATES.   C. A. 8th Cir.   Certiorari dismissed under this Court's Rule 60.

JANUARY 22, 1976

No. 74–6257.   GREGG *v.* GEORGIA.   Sup. Ct. Ga.   Motion for leave to proceed *in forma pauperis* granted. Certiorari granted limited to Question 4 presented by the petition which reads as follows: "Whether the imposition and carrying out of the sentence of death for the crime of murder under the law of Georgia violates the Eighth or Fourteenth Amendment to the Constitution of the United States?"

No. 75–5394.   JUREK *v.* TEXAS.   Ct. Crim. App. Tex. Motion for leave to proceed *in forma pauperis* granted. Certiorari limited to Question 1 presented by the petition which reads as follows: "Does the imposition and carrying out of the sentence of death for the crime of murder under the law of Texas violate the Eighth or Fourteenth Amendment to the Constitution of the United States?"

No. 75–5491.   WOODSON ET AL. *v.* NORTH CAROLINA. Sup. Ct. N. C.   Motion for leave to proceed *in forma pauperis* and certiorari granted.

No. 75–5706.   PROFFITT *v.* FLORIDA.   Sup. Ct. Fla. Motion for leave to proceed *in forma pauperis* and certiorari granted.